STATE OF NORTH CAROLINA v. ANTHONY DRAUGHN

No. 7212SC727

(Filed 25 October 1972)

**Criminal Law § 146— appeal from guilty plea — no error on face of record**

In an appeal from a sentence imposed upon defendant's plea of guilty to a charge of conspiracy to commit armed robbery, no error appeared on the face of the record where it showed that the bill of indictment was in all respects regular; the court was properly organized; the trial judge found that defendant's plea of guilty was freely, understandingly and voluntarily made; there was plenary evidence to support these findings; and the sentence imposed was within statutory limits.

APPEAL by defendant from *Clark, Judge,* 15 May 1972 Regular Criminal Session of Superior Court held in CUMBERLAND County.

Defendant and two others were indicted for conspiracy to commit armed robbery. Represented by court-appointed counsel, defendant tendered a plea of guilty. Before accepting the plea, the court examined defendant, and defendant signed and swore to a written transcript of the plea. Based thereon, the court found and adjudged that the plea of guilty had been freely, understandingly and voluntarily made, without undue influence, compulsion or duress, and without promise of leniency, and ordered that the plea of guilty, the transcript of the plea, and the court's adjudication thereon be filed and recorded. Judgment was imposed sentencing defendant to prison for a term of not less than seven nor more than ten years, with direction that the sentence be credited with the time defendant had spent in confinement awaiting trial. From this judgment, defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Ralf F. Haskell for the State.*

*Downing, David & Vallery by Ray C. Vallery for defendant appellant.*

PARKER, Judge.

Since defendant pleaded guilty, this appeal presents for review only the question whether error appears on the face of the record proper. *State v. Roberts,* 279 N.C. 500, 183 S.E. 2d

647. We have carefully examined the record, and no error appears. The bill of indictment was in all respects regular; the court was properly organized; the trial judge properly examined defendant before accepting his plea and found that the plea of guilty was freely, understanding and voluntarily made; there was plenary evidence to support these findings; and the sentence imposed was within statutory limits.

After careful review of the record, we find

No error.

Judges CAMPBELL and MORRIS concur.